THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAUREN WORMUTH, JR., Appellant.— MEMORANDUM BY THE COURT.

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by the court.